UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MASSACHUSETTS BAY INS. CO.,<br><br>           Plaintiff,<br><br>           v.<br><br>HAIER US APPLIANCE SOLUTIONS, INC., et al.,<br><br>           Defendants. | 24 Civ. 1676 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On May 28, 2024, the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for June 12, 2024. *See* ECF. No. 30. No significant issues are presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.** If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be rescheduled on the Court's calendar. The case management plan will issue separately. Because the parties' materials provide no basis to conclude an extension of the time period in which to complete discovery is required, the deadlines are changed to comport with the Court's defaults.

      SO ORDERED.

Dated: June 7, 2024
       New York, New York

                                              DALE E. HO
                                      United States District Judge